IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| KENNETH CARL CRISSUP | § | |
| VS. | § | CIVIL ACTION NO. 1:05cv789 |
| ROBERT E. TALLINA | § | |

MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Kenneth Carl Crissup, proceeding *pro se*, filed the above-styled civil rights lawsuit. The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge for consideration pursuant to 28 U.S.C. § 636. The magistrate judge has filed a Report and Recommendation of United States Magistrate Judge recommending this matter be dismissed as frivolous and for failure to state a claim upon which relief may be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge. Plaintiff filed objections to the Report and Recommendation.

The court has conducted a *de novo* review of the objections. After careful consideration, the court is of the opinion the objections are without merit.

ORDER

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment shall be entered. The court declines to exercise supplemental jurisdiction over any state claims which may have been asserted by the plaintiff.

**SIGNED** this the 14 day of **January, 2008.**

_____
Thad Heartfield
United States District Judge